IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
Civil No. 5:17 CV 215-DSC

| | | |
|---|---|---|
| JEFFREY A. GRAYCE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CONSENT ORDER** |
| | ) | |
| NANCY BERRYHILL, | ) | |
| Acting Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

This action coming before the Court for entry of a Consent Order proposed by the parties; and it appearing that the parties have agreed that the Commissioner of Social Security shall pay the sum of $5,018.00 in full and final settlement of all claims arising under the Equal Access to Justice Act ("EAJA"). *See* 28 U.S.C. § 2412(d).

It is therefore ORDERED that the Commissioner of Social Security shall pay to Plaintiff the sum of $5,018.00 in full satisfaction of any and all claims arising under EAJA, payable to Plaintiff and sent to Plaintiff's counsel, Chad F. Brown, 150 Charlois Boulevard, Suite 390, Winston- Salem, North Carolina 27103, and upon the payment of such sum this case is dismissed with prejudice.

**SO ORDERED**.

Signed: October 3, 2018

David S. Cayer
United States Magistrate Judge